```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN 1 3 2024

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | CASE NO. MJ-24-03539 |
| v. ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Cim.P. 32.1(a)(6) |
| JEREMIAH MARTIN, ) | 18 U.S.C. § 3143(a) Allegations of Violations of Probation/Supervised |
| Defendant. ) | Release Conditions) |

On arrest warrant issued by the United States District Court for the Northern District of California involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

   A. ( ✓ )  the appearance of defendant as required; and/or

   B. ( )   the safety of any person or the community.

2. The Court concludes:

   A. ( )   Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any

---

other persons or the community.  Defendant poses a risk to the
safety of other persons or the community based on:

_____

_____

_____

_____

B. ( √ )  Defendant has failed to demonstrate by clear and convincing
evidence that he is not likely to flee if released.  Defendant poses
a flight risk based on: absconded from
Supervision

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: June 13, 2024

_____
HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))